**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>XIE JI PING, et al.,<br><br>Defendants. | Case No. 19-cv-07583<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Jeffrey Cummings** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Tommy Hilfiger Licensing LLC ("Tommy Hilfiger") hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| loveningbaby18 | 162 |

Dated this 1st day of May 2020.

Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff*
*Tommy Hilfiger Licensing LLC*