**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC, <br> Plaintiff, <br><br> v. <br><br> XIE JI PING, et al., <br><br> Defendants. | Case No. 19-cv-07583 <br><br> **Judge John Robert Blakey** <br><br> **Magistrate Judge Jeffrey Cummings** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on January 21, 2020 [49], in favor of Plaintiff Tommy Hilfiger Licensing LLC ("Tommy Hilfiger") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit Tommy Hilfiger Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Tommy Hilfiger acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Lous store | 100 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 26th day of June 2020.      Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff*
*Tommy Hilfiger Licensing LLC*